# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Richard Le, | ) |
| | ) |
|       Plaintiff, | ) |
| | ) Civil Action No. 09-cv-1333 DSD/FLN |
| v. | ) |
| | ) |
| Firstsource Advantage, LLC. | ) |
| and John Doe, | ) |
| | ) |
|       Defendants. | ) |

## ORDER FOR DISMISSAL

Based upon the Notice of Voluntary Dismissal with Prejudice, document number 3, filed by Plaintiff on August 17, 2009, and upon all the files, records and proceedings herein,

**IT IS FURTHER ORDERED:** That all claims asserted by Plaintiff in the above-entitled action, including all claims for attorney's fees, are hereby dismissed with prejudice and on the merits, without cost to any of the parties hereto. There being no just reason for delay, judgment of dismissal shall be entered.

**BY THE COURT:**

Dated: August 18, 2009        s/David S. Doty
                                          David S. Doty
                                          United States District Judge